# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:21-cv-61721-BB

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| **Plaintiff,** | : |
| v. | : |
| **FUSION ANALYTICS INVESTMENT PARTNERS, LLC, FUSION ANALYTICS HOLDINGS, LLC, AND MICHAEL J. CONTE,** | : |
| **Defendants.** | : |

### PLAINTIFF'S NOTICE OF PROPOSED SETTLEMENT WITH DEFENDANTS AND UNOPPOSED MOTION TO STAY CASE FOR 60 DAYS AS TO ALLOW THE SEC COMMISSIONERS TO CONSIDER THE PROPOSED SETTLEMENT

Plaintiff Securities and Exchange Commission notifies the Court that the Commission staff has reached a tentative settlement with Defendants Fusion Analytics Investment Partners, LLC, Fusion Analytics Holdings, LLC and Michael J. Conte as to all claims against them. The proposed settlement now requires approval by the five SEC Commissioners. If the Commissioners approve the proposed settlement, it will resolve the Commission's litigation against all Defendants.

Accordingly, the Commission moves for entry of an order staying this case for 60 days to allow the undersigned to seek Commission approval of the settlement. Defendants do not oppose the motion.

If the Commissioners approve the settlement, we will promptly file the appropriate paperwork requesting the Court to enter Final Judgment against Defendants. Accordingly, the Commission respectfully requests that the Court grant the requested relief. A proposed order is submitted herewith.

## Certificate of Conferral

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel for the Commission conferred with counsel for the Defendants, who does not oppose the motion.

June 27, 2022

Respectfully submitted,

By: /s/ Andrew O. Schiff

Andrew O. Schiff
Senior Trial Counsel
S.D. Fla. No. A5501900
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
(305) 982-6390
schiffa@sec.gov
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Andrew O. Schiff*
Andrew O. Schiff